# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

―――――――――

No. 00-1774

ARECIBO COMMUNITY HEALTH CARE, INC.,

Plaintiff, Appellee,

v.

COMMONWEALTH OF PUERTO RICO, DEPARTMENT OF HEALTH AND
THE ADMINISTRATION OF HEALTH SERVICES,

Defendants, Appellants,

CARLOS E. RODRÍGUEZ-QUESADA,

Trustee, Appellee,

UNITED STATES OF AMERICA,

Intervenor, Appellee.

―――――――――

ERRATA SHEET

The opinion of this Court issued on October 29, 2001, is amended as follows:

The cover page shall designate the United States of America as "Intervenor, Appellee."